

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-9-2011

# USA v. Leon Henry

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2896

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Leon Henry" (2011). *2011 Decisions.* Paper 1131.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1131

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-2896
_____

UNITED STATES OF AMERICA

v.

LEON HENRY, JR.

                                        Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 2:00-cr-00667-PBT-4)
District Judge:  Honorable Petrese B. Tucker
_____

Submitted Under Third Circuit LAR 34.1(a)
April 28, 2011
_____

ORDER
_____

        The opinion filed on May 9, 2011 shall be amended as follows: at page 4, where (2) "allow the parties to argue their positions relative to what they believe is an appropriate sentence;" shall be replaced with (2) "they must formally rule on the motions of both parties and state on the record whether they are granting a departure and how that departure affects the Guidelines calculation, and take into account the court's pre-Booker case law, which continues to have advisory force."   This does not affect the Judgment issued by the Court on May 9, 2011.  An amended opinion will be filed; however the original filing date will not be altered.

                                BY THE COURT:

                                /s/ Joseph A. Greenaway, Jr.
                                Circuit Judge

Dated:  June 9, 2011